United States District Court
Southern District of Texas
**ENTERED**
April 04, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTE MURO GOMEZ, <br> Petitioner, | § § § | |
| v. | § § | Civil Action No. 1:16-cv-00125 <br> (Criminal Action 1:10-cr-1055-1) |
| UNITED STATES OF AMERICA, <br> Respondent. | § § § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (hereafter "R&R") (Docket No. 5). The R&R recommends dismissing Gomez's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Docket No. 1-2) and "Petitioner's Memorandum in Support of His Motion Under 28 U.S.C. § 2255, Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Docket No. 1). No Objections have been filed. After a de novo review of the file, the R&R is **ADOPTED**.

It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Gomez's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Docket No. 1-2) and "Petitioner's Memorandum in Support of His Motion Under 28 U.S.C. § 2255, Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Docket No. 1) are **DISMISSED** with prejudice pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings for the United States District Courts. A certificate of appealability shall not issue.

The Clerk is **ORDERED** to close this case.

Signed on this ____4th____ day of ____April____, 2017.

_____
Rolando Olvera
United States District Judge